## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**JAMES T. MURZIKE,**

      **Plaintiff,**

**v.**                                                          **Case No. 3:22cv1467-TKW-HTC**

**Co. SPEAR, et al.,**

      **Defendants.**
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 16).   No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed based on Plaintiff's failure to comply with court orders, failure to prosecute, and as an abuse of the judicial process due to Plaintiff's failure to fully disclose his litigation history.   Accordingly, it is

**ORDERED** that:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.     This case is **DISMISSED** without prejudice for failure to comply with court orders, failure to prosecute, and for abuse of the judicial process.

3.      The Clerk shall close the case file.

**DONE and ORDERED** this 21st day of June, 2022.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**